UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ZULMA HERNANDEZ and
HERMILIO MENINDEZ, on behalf of themselves    CASE NO. 15-cv-477-JWD-RLB
and all others similarly situated

versus

CORPORATE GREEN, LLC, dba GREEN SEASONS,
CHRIS CASSELBERRY, and SHEILA CASSELBERRY

## DECLARATION OF ZULMA HERNANDEZ

1.

My name is Zulma Hernandez. I am over 18 years of age and I am competent to testify in court. I was admitted into the United States to be employed on landscaping crews by Corporate Green, LLC, a landscaping firm headquartered in Baton Rouge, Louisiana. I was issued a temporary visa – an "H-2B visa," as authorized by 8 U.S.C. §1101(a)(15)(H)(ii)(b) and its attendant regulations.

2.

To my knowledge, nearly all of my coworkers who perform landscaping labor on what we call "cutting crews" are also here on temporary work visas. All, or nearly all, of the H-2B workers at Corporate Green during my time there were from the same part of Mexico – the City of Veracruz. I personally know nearly all of the Mexican H-2B workers who were employed at Corporate Green during the last two seasons, in 2014 and 2015.


EXHIBIT A

3.

During our time in Baton Rouge working for Corporate Green, my fellow H-2B workers and I had little choice about where we would live. Corporate Green charged us rent from our paychecks, and provided us small apartments, in which eight or more of us were housed. During the 2015 season, Corporate Green charged us $200 every two weeks to live in these apartments. Corporate Green would collect $3,200 for an apartment with 8 tenants, even though the apartments in our neighborhood normally rented for no more than $600 to $700 per month, based on my conversations with neighbors living there.

4.

Corporate Green informed us that we were free to find our own housing accommodations, but that Corporate Green would deduct the same amount in rent from our wages, regardless of whether or not we chose to live in employer-provided housing. I know of at least two workers who opted to find other housing without realizing they would continue to be charged "rent" by Corporate Green despite not living in company-provided housing.

5.

During my time there, most of the members of the "cutting crews" at Corporate Green were only allowed four days of work per week.

6.

During the 2015 season we were told that, if we wished to work an additional day per week, we could do so at a cost of $50 per pay period, which would be added to our rent. A Corporate Green supervisor told me that the charge was necessary, because, in my

supervisor's words, "we cannot afford to pay" overtime rates without recouping part of the wages.

7.

Corporate Green also deducted one hour per day from all H-2B workers' time sheets for a "lunch break." However, during my time at Corporate Green, we were rarely, if ever, able to take a lunch break. We had to eat "on the go," whenever we had a few moments free to try to eat.

8.

During my time at Corporate Green, our employer required H-2B workers to wear uniforms. We were required to pay for new and replacement uniforms, which of course wear out quickly due to the hard nature of their work.

9.

My fellow H-2B workers on Corporate Green's "cutting crews" were not paid for all of the time we were required to be present at work. All of us had to report to Corporate Green's premises around 6:00 am every morning. However, we did not begin receiving compensation for our time until we were transported to our first job site of the day. This could take anywhere from 1 to 3 hours, if not more.

10.

We also did not receive compensation for time spent riding back from our last job of the day to Corporate Green's headquarters. The result of this is that the H-2B workers on Corporate Green's "cutting crews" were not compensated for multiple hours spent at work each and every day.

11.

The payroll practices above were applied by Corporate Green to all non-supervisory H-2B visa workers employed on the company's landscaping crews.

12.

Pursuant to 28 USC §1746, I certify under penalty of perjury that I have read the foregoing declaration consisting of 12 numbered paragraphs and that it is true and correct to the best of my knowledge, information and belief.

Executed this __23__ day of March 2016

_____
Zulma Hernandez