# If you were an H-2B Visa worker employed by CORPORATE GREEN, LLC ("GREEN SEASONS") a lawsuit may affect your rights.

*A court authorized this notice. This is not a solicitation from a lawyer.*

- Certain workers have sued Corporate Green, LLC (also doing business as "Green Seasons") in the United States District Court for the Middle District of Louisiana. These workers claim that Corporate Green did not pay them for all of the hours they worked each day, and that Corporate Green made various improper deductions from their paychecks.

- The Court has allowed the lawsuit to be conditionally certified as a collective action on behalf of workers affected by Corporate Green's practices.

- The Court has not decided whether Corporate Green did anything wrong. There is no money available now, and no guarantee that there will be. However, your legal rights are affected, and you have a choice to make now:

**YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT**

| | |
|---|---|
| **ASK TO BE INCLUDED** | **Join in this lawsuit. Await the outcome.**<br><br>By joining, you keep the possibility of getting money from a trial or a settlement in this lawsuit. But you give up the right to sue Corporate Green separately about the legal claims in this lawsuit. |
| **DO NOTHING** | **Do nothing. Get nothing from this lawsuit. Keep your right to sue separately.**<br><br>If you do nothing and money is later awarded or obtained in this lawsuit, you won't share in that recovery. But you keep any rights to sue Corporate Green separately about the legal claims in this lawsuit. |

- Your options are explained in this notice. If you do not join, you risk losing any recovery.
- **Any questions? Read on.**

# BASIC INFORMATION

### 1. Why did I receive this notice?

Corporate Green's records show that you currently work, or previously worked, for the company in a position that could have subjected you to the policies or practices of Corporate Green at issue in this lawsuit.

Your immigration status and nationality are not at issue and will not prevent you from making a claim.

This notice informs you of the existence of a collective action lawsuit, authorized by the Fair Labor Standards Act, in which you may become a member. It also explains what you need to do to participate, or not participate, and how your rights may be affected.

On [DATE****, 2016], the Honorable Judge deGravelles, United States District Judge for the Middle District of Louisiana, authorized the sending of this Notice to inform you of your rights to join this lawsuit.

### 2. What is a collective action and who is involved?

In a collective (or class) action lawsuit, one or more people called "Class Representatives" (in this case Zulma Hernandez and Hermilio Menindez) sue on behalf of other people who have similar claims. The people together are a "Class" or "Class Members." The individuals who sued—and all the Class Members like them—are called the plaintiffs. The company they sued (in this case Corporate Green) is called the defendant. Unless each employee's case ends up being tried separately, one Court resolves the issues for everyone in the Class, except for those people who choose not to join the Class.

In this case, the Court has determined that certain employees of Corporate Green, LLC who worked at the company anytime from [DATE****three years before conditional certification order] to the present, may have sufficiently similar claims to have those claims combined in one case.

### 3. What does the lawsuit complain about?

In the lawsuit, the Plaintiffs claim that Corporate Green failed to pay hourly employees for all hours they worked each day. They also claim the Corporate Green deducted excessive amounts for rent, and made various other improper deductions from its employees' paychecks. The plaintiffs claim they are entitled to be paid for all hours worked, to recoup amounts improperly deducted from their pay, and to recover additional damages, as well as court costs and attorney fees.

### 4. How does Corporate Green answer?

Corporate Green denies that it maintained the policy or practices that plaintiffs allege or that it otherwise has violated the Fair Labor Standards Act.

### 5. Has the Court decided who is right?

The Court has not decided whether the plaintiffs or Corporate Green are correct. By establishing the collective action and issuing this Notice, the Court is not suggesting that the plaintiffs will win or lose this case. The plaintiffs must prove their claims. Therefore there is no money available now.

Once people have had the chance to opt in, the Court will decide whether people who have opted in may participate in the case as class members. Only people "similarly situated" to the plaintiffs may participate as class members.

## YOUR RIGHTS AND OPTIONS

### 6. How do I join?

To participate in this lawsuit, you must fill out the enclosed "Consent to Join" form and mail it in the enclosed self-addressed stamped envelope. It is entirely your own decision whether or not to join this lawsuit.

If you decide to join this suit, you will be bound by the settlement or judgment, whether it is favorable or not. If there is a favorable resolution, either by settlement or judgment, and you qualify, you will be entitled to some portion of any recovery.

### 7. What if I do nothing?

If you do nothing, you will not participate in the collective action. You will not be bound by any decision in this lawsuit. Therefore, you will not be entitled to any recovery should there be any for those claims.

You can also start your own lawsuit against Corporate Green. To do so, you'll have to hire your own lawyer for that lawsuit, and you'll have to prove your claims. If you do not join this lawsuit so that you can pursue your own lawsuit against Corporate Green, you should talk to your own lawyer soon, because there are strict deadlines that must be followed. Failure to adhere to the deadlines could result in the dismissal of your potential claim.

### 8. I am afraid Corporate Green may take some action against me if I join.

**It would be unlawful for Corporate Green or anyone else to take any action against you because you join this lawsuit.** You would be entitled to additional damages should the court determine that Corporate Green took any action against you for joining this lawsuit.

### 9. Do I have to do anything to help out with the lawsuit once I join?

If you opt in, the plaintiffs' lawyers will be your lawyers and will handle most of the presentation of the case, unless you decide to obtain your own attorney. From time to time, the plaintiffs' lawyers might ask you for information to assist in presenting the case. If you join the lawsuit, you will be required to answer written questions from a lawyer representing Corporate Green. You may also be required to testify prior to trial at a deposition where a lawyer representing Corporate Green will ask you questions for part of a day. Should there be a trial, you may be required to testify in court. Regardless, if you are asked to give information, the attorneys will work with you so that the process is as convenient for you as possible.

## THE LAWYERS REPRESENTING YOU

### 10. Do I have a lawyer in this case?

Attorneys at the law firms of Estes Davis Law, LLC are representing the named plaintiffs in this action. These attorneys are experienced in handling similar cases against other employers. More information about the law firm, its practices, and the lawyers' experience is available at their website: **estesdavislaw.com**

If you join this case, these attorneys will represent you in the action.

### 11. Should I get my own lawyer?

If you join this case, you will not need to hire your own lawyer because the attorneys at Estes Davis Law, LLC will work on your behalf. But, if you want your own lawyer, you will have to retain that lawyer. For example, you can ask him or her to appear in Court for you if you want someone other than the attorneys at Estes Davis Law, LLC to speak for you. If you decide to have another attorney represent you, that attorney will need to draft a consent form for you, which you should then mail to Estes Davis Law, LLC.

### 12. How will the plaintiffs' lawyers be paid?

If the plaintiffs' attorneys get money for the employees, they may ask the Court to determine their fees and expenses. If the Court grants that request, the fees and expenses would be either deducted from any money obtained for the Class or paid separately by Corporate Green.

If the Plaintiffs obtain money as a result of a trial or a settlement, you will be notified about how to participate to share in the recovery. It is not known how long this will take.

## HOW TO GET MORE INFORMATION

### 13. Are more details available?

You can contact the Plaintiffs' attorneys at:

Daniel Davis
Estes Davis Law, LLC
850 North Boulevard
Baton Rouge, LA 70802
(225) 384-5408 (En Español)
(225) 336-3394 (English)