## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ZULMA HERNANDEZ AND** <br> **HERMILIO MENINDEZ, on behalf of** <br> themselves and all others similarly situated <br><br> **Plaintiffs,** <br><br> **vs.** <br><br> **CORPORATE GREEN, LLC, dba** <br> **GREEN SEASONS, CHRIS** <br> **CASSELBERRY, and SHEILA** <br> **CASSELBERRY** <br><br> **Defendants.** <br> ************************************* | * **CASE NO: 3:15-CV-00477** <br> * <br> * <br> * **JUDGE DEGRAVELLES** <br> * <br> * **MAGISTRATE JUDGE BOURGEOIS** <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

### JOINT MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Zulma Hernandez and Hermilio Menindez, and Defendants, Corporate Green, LLC, Chris Casselberry, and Sheila Casselberry, who represent that they have settled all pending claims between them. Although the matter was initially filed as a collective action, Plaintiffs now elect to proceed on an individual basis and withdraw their pending motion for conditional certification (Rec. Doc. 15). With respect to the Fair Labor Standards Act claim, the parties have reached a private settlement pursuant to *Martin v. Spring Break '83 Prod., LLC*, 688 F.3d 247, 254-56 (5th Cir. 2012). The parties respectfully request that the claims set forth in the Complaint be dismissed with prejudice, with each party to bear their respective costs, and that Plaintiffs' motion for conditional certification (Rec. Doc. 15) be denied as moot.

Respectfully submitted,

**ADAMS AND REESE LLP**

*s/ Diana Cole Surprenant*
JANIS VAN MEERVELD, T.A. (#18478)
DIANA COLE SURPRENANT (#33399)
4500 One Shell Square
701 Poydras Street
New Orleans, Louisiana 70139
Telephone: (504) 581-3234
Fax: (504) 566-0210
janis.vanmeerveld@arlaw.com
diana.surprenant@arlaw.com
***Attorneys for Corporate Green, LLC, Chris Casselberry, and Sheila Casselberry***

**ESTES DAVIS LAW, LLC**

*s/ Daniel B. Davis*
Daniel B. Davis (La. Bar 30141)
Randall E. Estes (La. Bar 30141)
Estes Davis Law, LLC
850 North Boulevard
Baton Rouge, LA 70802
Telephone:  (225) 336-3394
Facsimile:  (225) 384-5419
email: dan@estesdavislaw.com
 randy@estesdavislaw.com
***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2016, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel for all parties by operation of the Court's electronic filing system.

*s/ Daniel B. Davis*

2