UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ZULMA HERNANDEZ AND HERMILIO MENINDEZ, on behalf of themselves and all others similarly situated**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**CORPORATE GREEN, LLC, dba GREEN SEASONS, CHRIS CASSELBERRY, and SHEILA CASSELBERRY**<br><br>**Defendants.** | * CASE NO: 3:15-CV-00477<br>*<br>* **JUDGE DEGRAVELLES**<br>*<br>* **MAGISTRATE JUDGE BOURGEOIS**<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

**ORDER**

Considering the foregoing Joint Motion to Dismiss with Prejudice;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that any and all claims of Zulma Hernandez and Hermilio Menindez against Corporate Green, LLC, Chris Casselberry, and Sheila Casselberry are hereby dismissed with prejudice, with each party to bear their own costs;

**IT IS FURTHER ORDERED** that the motion for conditional certification (Rec. Doc. 15) filed by Plaintiffs, Zulma Hernandez and Hermilio Menindez is denied as moot.

Baton Rouge, Louisiana, this ____ day of _____, 2016.

_____
JUDGE JOHN W. DEGRAVELLES